**Order entered August 2, 1017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-09-01068-CV

**DONALD CARDWELL AND 121 INVESTMENTS, L.L.C., Appellants**

**V.**

**BILL GURLEY, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 06-03299**

## ORDER

Before the Court is appellants' July 31, 2017 motion for extension of time to file appellants' brief. Appellants' motion is **GRANTED**. Appellants' brief shall be filed on or before August 30, 2017.

/s/     CAROLYN WRIGHT
         CHIEF JUSTICE